UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                CHAPTER 13

FREDDIE M. BILLBERRY                                   CASE NO.  09-72708

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  Household Finance Corporation III**        Court claim #:  4, 9

**Last four digits** of any number used to identify the debtor's account:  **5281**

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3441.38 |
| Amount Paid by Trustee | $3441.38 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/30/12                                /s/Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee
                                                 308 W. State St., Suite 212
                                                 Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 30th Day of November, 2012.

Dated:   11/30/12                                /s/Cynthia K. Burnard

HOUSEHOLD FINANCE CORPORATION III
636 GRAND REGENCY BLVD
BRANDON, FL 33510

HOUSEHOLD FINANCE CORPORATION III
C/O HSBC MORTGAGE SERVICES INC.
PO BOX 21188
EAGAN, MN  55121-0188

HSBC MORTGAGE SERVICES, INC.
C/O ALDRIDGE CONNORS, LLP
780 JOHNSON FERRY ROAD #600
ATLANTA, GA 30342-0076

FREDDIE M. BILLBERRY
120 N. BURBANK AVENUE
ROCKFORD, IL  61101

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111